# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 4:16-CR-00264 |
| v. | (Chief Judge Brann) |
| JULIOUS BULLOCK, | |
| Defendant. | |

## ORDER

**MAY 25, 2022**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Bullock's 28 U.S.C. § 2255 motion (Docs. 70, 71, 106) is **DENIED**; and

2. The Court declines to issue a certificate of appealability.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge